1  MCGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  RICHARD SHOEMAKER-MOYLE
   Certified Law Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2807

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   MAG. NO. 08-0154-GGH
                                     )
12              Plaintiff,           )   PROBATION REVOCATION PETITION,
                                     )              ORDER
13              v.                   )
                                     )   DATE:
14  JUDY ANN GIBSON,                 )   TIME:
                                     )   JUDGE: Hon. Gregory G. Hollows
15              Defendant.           )
                                     )
16  _____)

17

18      On July 21, 2008, the defendant, JUDY ANN GIBSON, pled guilty,

19  pursuant to a plea agreement, to an information charging her with

20  Entry on a Military Base, in violation of Title 18, United States

21  Code, Section 1382.  JUDY ANN GIBSON was given the following sentence

22  by United States Magistrate Judge Gregory G. Hollows:

23          The defendant shall serve a one-year term of court

24  probation, to terminate upon fulfillment of the following conditions:

25          1.   The defendant shall pay a $250.00 fine due by August

26               1, 2008;

27          2.   The defendant shall pay a $10.00 special assessment

28               due by August 1, 2008;

                              1

1          4.     The defendant shall not commit another federal, state,
2                 or local crime;
3          5.     The defendant shall notify the U.S. Attorney's Office
4                 within seventy-two hours of being arrested; and
5          6. .   The defendant shall notify the U.S. Attorney's Office
6                 ten days prior to any change in residence.
7     The United States alleges that the defendant has violated these
8  conditions as follows:
9          1.     The defendant has failed to pay the imposed $250.00
10                fine due by August 1, 2008.
11         2.     The defendant has failed to pay the imposed $10.00
12                special assessment due by August 1, 2008.
13    The United States therefore petitions the Court to place this
14 matter on its calendar on the earliest convenient date and to order
15 the defendant to show cause why the probation granted on July 21,
16 2008, should not be revoked.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1      All of the above has been related to me by Richard Shoemaker-
2   Moyle.

3      I declare under penalty of perjury that the foregoing is true
4   and correct to the best of my knowledge.

5   DATED: August _5_, 2008                    Respectfully submitted,

6                                              MCGREGOR W. SCOTT
                                               United States Attorney
7

8                                     By:  /s/ S. Robert Tice-Raskin
                                           S. Robert Tice-Raskin
9                                          Assistant U.S. Attorney

10

11                                         ORDER

12      It is Hereby Ordered that the defendant appear on _Sep. 9_,

13   2008, at 9:00 a.m., to show cause why the probation granted on

14   July 21, 2008, should not be revoked.

15   IT IS SO ORDERED.

16   Dated: August _11_, 2008

17
        GREGORY G. HOLLOWS
18
     Hon. Gregory G. Hollows
19   United States Magistrate Judge

20

21

22

23

24

25

26

27

28

                                      3