DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUDY ANN GIBSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUDY ANN GIBSON,<br><br>        Defendant.<br>_____ | No. 2:08-mj-0154 GGH<br><br>STIPULATION AND PROPOSED ORDER<br>TO SET PAYMENT PLAN FOR FINE<br><br>Date:  September 23, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

   The United States of America, through S. Robert Tice-Raskin, Assistant United States Attorney, together with defendant, Judy Ann Gibson, through counsel, Michael Petrik, Jr., stipulate that Ms. Gibson will pay $60.00 per month commencing October 1, 2008, until she discharges her fine and special assessment in the total of $260.00.

   Ms. Gibson may discharge the balance she owes on the fine and special assessment in advance of this payment schedule.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER            1                           08cr154-GGH

The parties also stipulate and request that because of this agreement the Court drop the next court date of September 23, 2008, at 2:00 p.m., from the Court's calendar.

Dated: September 12, 2008	Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit
Attorney for Judy Ann Gibson

Dated: September 15, 2008	MCGREGOR W. SCOTT
United States Attorney

/s/ S. Robert Tice-Raskin
_____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: 09/17/08	/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

gibson.fine

STIPULATION AND PROPOSED ORDER           2                              08cr154-GGH