LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
NATHANIEL CLARK
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO. 08-0154-GGH |
|---|---|
| Plaintiff, | ) PROBATION REVOCATION PETITION, ORDER |
| v. | ) DATE: August 17, 2009 |
| JUDY ANN GIBSON, | ) TIME: 9:00 AM |
| | ) JUDGE: Hon. Gregory G. Hollows |
| Defendant. | ) |

On July 28, 2008, the defendant, JUDY ANN GIBSON, pled guilty, pursuant to a plea agreement, to an information charging her with Entry on a Military Base, in violation of Title 18, United States Code, Section 1382. JUDY ANN GIBSON was given the following sentence by United States Magistrate Judge Gregory G. Hollows:

The defendant shall serve a one-year term of Court probation, to terminate upon fulfillment of the following conditions:

    1.    The defendant shall pay a $250.00 fine due by August 1, 2008;

    2.    The defendant shall pay a $10.00 special assessment due by August 1, 2008;

1

        4.     The defendant shall not commit another federal, state, or local crime;

        5.     The defendant shall notify the U.S. Attorney's Office within seventy-two hours of being arrested; and

Because the defendant failed to pay the $250.00 fine and $10.00 special assessment imposed by the Court, the parties agreed to stipulate to a proposed payment plan on September 17, 2008. On that date, the Court ordered the defendant to pay $60.00 a month, until she satisfies all financial obligations.

The United States alleges that the defendant has violated these conditions as follows:

        1.     The defendant has failed to pay any part of the fine amount of $250.00.

        2.     The defendant has failed to pay the imposed $10.00 special assessment.

        3.     The defendant has failed to comply with the payment plan the court imposed on September 17, 2008.

        4.     The defendant failed to notify the U.S. Attorney's Office within seventy-two hours of being detained and cited on October 5, 2008, for shoplifting at the Capeheart Shoppette at Beale Air Force Base, California.

The United States therefore petitions the court to order the defendant to show cause why the probation granted on July 28, 2008, should not be revoked.

///
///
///

1    All of the above has been related to me by Nathaniel Clark.

2    I declare under penalty of perjury that the foregoing is true
3    and correct to the best of my knowledge.

4    DATED: July 24, 2009                    Respectfully submitted,

5                                            LAWRENCE G. BROWN
                                             Acting United States Attorney
6

7                                       By:  /ss/Samantha Sprangler for
                                             Matthew C. Stegman
8                                            Assistant U.S. Attorney

9

10                                    ORDER

11   It is Hereby Ordered that the defendant appear on August 17,
12   2009, at 9:00 a.m., to show cause why the probation granted on
13   July 28, 2008, should not be revoked.

14   IT IS SO ORDERED.

15   Dated: July 24, 2009

16                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

3